MATTER OF SYRACUSE NORTHERN RAILROAD COMPANY V. ALEX-ANDER *et al.*, appellants.

*Eminent domain—street taken for railroad—appraisal of damages.*

Individuals owning lands bounded by a public street are entitled to occupy up to the line of such street, and to the use of the street for any purposes connected with such occupation, not conflicting with the right and easement of a railroad company under a license to lay down their rails on such street; and their damage for the taking by such railroad company of a portion of the land, for the use of the railroad, should be appraised upon that basis.

APPEAL from an order of the special term confirming the report of commissioners appointed to appraise the damages sustained by William H. Alexander and others for the taking of their land for railroad purposes. The commissioners held that the lands taken, which were adjoining the railroad track of another company, did not front upon a public street.

*Geo. N. Kennedy,* for appellants.

*Hiscock, Gifford & Doheny,* for respondent.

E. DARWIN SMITH, J.

The opinion holds, as a matter of fact, that the lands front upon a public street. The head-note contains the only question of law passed upon. The order was reversed and a new appraisement ordered by new commissioners to be appointed for that purpose.

*Ordered accordingly.*